PI
835

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 831-831          DIV. H

EMILY RICHARDSON

VERSUS

LOUISIANA-1 GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM d/b/a BOOMTOWN CASINO NEW ORLEANS; PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN CASINO AND RESORT NEW ORLEANS; ABC INSURANCE COMPANY; & DEF INSURANCE COMPANY

FILED:_____     _____
                                                                  DEPUTY CLERK

### PETITION FOR DAMAGES AND REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes Petitioner, **EMILY RICHARDSON**, a person of the full age of majority and resident of and domiciled in the Parish of Orleans, who respectfully avers as follows:

I.

Made defendants herein are:

A. **LOUISIANA-1 GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM** d/b/a **BOOMTOWN CASINO NEW ORLEANS**, (hereinafter "**LOUISIANA-1**"), based upon information and belief, a foreign corporation authorized to do and doing business in the Parish of Jefferson, State of Louisiana;

B. **PINNACLE ENTERTAINMENT, INC.** d/b/a **BOOMTOWN CASINO AND RESORT NEW ORLEANS** (hereinafter "**BOOMTOWN**"), based upon information and belief, a foreign corporation authorized to do and doing business in the Parish of Jefferson, State of Louisiana;

C. **ABC INSURANCE COMPANY**, (an alias), on information and belief, an insurance company authorized to do and doing business in this Parish and State at all times relevant, which on or about August 21, 2021, had in effect a policy of liability insurance providing coverage in favor of **LOUISIANA—1**, for damages caused by its fault arising out of the operation and/or use of the subject premises of this lawsuit;

D. **DEF INSURANCE COMPANY**, (an alias), on information and belief, an insurance company authorized to do and doing business in this Parish and State at all times relevant, which on or about August 21, 2021, had in effect a policy of liability insurance providing coverage in favor of **BOOMTOWN**, for damages caused by its fault arising out of the operation and/or use of the subject premises of this lawsuit;

1



09/02/2022 08:08:06 CERTIFIED TRUE COPY - Pg:1 of 7 - Jefferson Parish Clerk of Court - ID:22126274

II.

This court has jurisdiction over this lawsuit because the action concerns acts and omissions that occurred within the Parish of Jefferson.

III.

Venue is proper in this district because the negligent and wrongful actions of the Defendants occurred in the Parish of Jefferson, a substantial part of the events and omissions giving rise to this action occurred in the Parish of Jefferson, the damages to Plaintiffs occurred within the Parish of Jefferson, and the applicable facts which form the basis of this lawsuit occurred in the Parish of Jefferson.

IV.

Defendants herein are indebted and are made liable, individually, and jointly, unto Petitioner in an amount sufficient to fully compensate her for all general and special damages, as well as legal interest, court costs, and any other damages reasonable under the premises.

V.

**LOUISIANA-1, BOOMTOWN, ABC INSURANCE COMPANY, & DEF INSURANCE COMPANY** are justly and truly indebted unto your Petitioner in the full and true sum meeting or exceeding the jurisdictional amount of this court for the following reasons, to wit:

VI.

On or about the 21ST day of August, 2021, your Petitioner, **EMILY RICHARDSON**, was dining at Asia, a restaurant in the Boomtown casino in Harvey, LA., when she noticed something crunching in her mouth just as she was simultaneously swallowing. Ms. Richardson's throat began to burn. As Ms. Richardson looked at the bottom of her plate, she noticed a large chunk of glass missing from the plate.

VII.

That the above-described accident was caused by the negligence of **LOUISIANA-1 and/ or BOOMTOWN**, which negligence is more particularly described as follows:

    a.    Failure to warn Petitioner of an unreasonably dangerous condition that existed on the premises;

24th E-Filed: 08/19/2022 16:13 Case: 831831 Div:H Atty:030838 EDWARD L MORENO



b. Failure to maintain the premises in a reasonably safe condition;

c. Creating an unreasonably dangerous condition on the premises;

d. Failing to adequately or properly inspect the premises for the presence of an unreasonably dangerous condition;

e. Failing to act with diligence and take due care of the premises so as to eliminate the presence of an unreasonably dangerous condition;

f. Failing to adequately supervise the conduct of its servants, agents, representatives, and employees for purposes of inspecting and/or monitoring and/or maintaining the premises, including, without limitation, the plates used by customers;

g. Failing to take all reasonable precautions to avoid injuries to Petitioner and other guest patrons on the premises;

h. Any other acts and omissions as will be shown at the trial on the merits, all of which were in contravention of the exercise of due care, prudence, and in violation of the laws of the State of Louisiana and Parish of Jefferson which are specifically pleaded as though copied *in extenso.*

VIII.

That your Petitioner, **EMILY RICHARDSON**, suffered serious and permanent injuries as a result of this accident entitling them to recover damages itemized as follows:

a. Past, present and future physical pain and suffering;

b. Past, present and future medical expenses;

c. Past, present, and future mental anguish;

d. Past, present, and future disability;

e. Past, present, and future lost wages;

f. Past, present, and future loss of earning capacity;

g. Past, present, and future loss of enjoyment of life;

h. Fear and fright; and

i. Any other damages proven at trial.



IX.

**Amicable Demand**

Petitioner avers that amicable demand was made unto Defendants, **LOUISIANA-1 and BOOMTOWN**, to no avail.

X.

Defendants, **LOUISIANA-1 GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM d/b/a BOOMTOWN CASINO** and **NEW ORLEANS PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN CASINO AND RESORT NEW ORLEANS,** were afforded the opportunity to attempt to resolve this claim by paying Petitioner a reasonable amount within the policy's limits in exchange for a full and final release of any and all claims by Petitioner against Defendants, but Defendants, **LOUISIANA-1 GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM d/b/a BOOMTOWN CASINO** and **PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN CASINO AND RESORT NEW ORLEANS**, failed to accept this offer.

XI.

**REQUEST FOR NOTICE**

In accordance with Louisiana Code of Civil of Procedure article 1572, Petitioner requests the Court give written notice by certified mail, at least ten days in advance of the date fixed for trial or hearing of the case, whether on exceptions, motions, rules or the merits. Petitioner also requests immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof, as provided by Louisiana Code of Civil Procedure articles 1913 and 1914, including notice of judgment, in the event that this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

**WHEREFORE**, Petitioner prays that the Defendants, **LOUISIANA-1 GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM d/b/a BOOMTOWN CASINO, PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN CASINO AND RESORT NEW ORLEANS, ABC INSURANCE COMPANY & DEF INSURANCE COMPANY** be duly cited and served with a copy of this Petition; and that after due proceedings are had, there be judgment rendered herein in favor of Petitioner, **EMILY RICHARDSON,** and against the Defendants, **LOUISIANA-1 GAMING, A LOUISIANA PARTNERSHIP IN**



COMMENDAM d/b/a BOOMTOWN CASINO, PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN CASINO AND RESORT NEW ORLEANS, ABC INSURANCE COMPANY & DEF INSURANCE COMPANY, jointly, severally, and in solido, and in an amount sufficient to adequately compensate them for their damages, together with legal interest thereon from date of judicial demand until paid, for all costs of this suit and for all general and equitable relief.

RESPECTFULLY SUBMITTED:

LAW OFFICE OF JOHN W. REDMANN, LLC

JOHN W. REDMANN #19984
EDWARD L. MORENO #30838
TRAVIS J. CAUSEY, JR., #16853
KELLY S. RIZZO, #33388
CRISTIAN A. GALLEGUILLOS, #37691
BENJAMIN B. PERKINS, #37513
LIZA Z. GILMORE, #39573
1101 West Bank Expressway
Gretna, Louisiana 70053
Telephone: (504) 500-5000
Facsimile: (504) 433-5556
*Counsel for Plaintiff, Emily Richardson*

**PLEASE SERVE:**

**LOUISIANA-1 GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM d/b/a BOOMTOWN CASINO**
*Through its General Partner:*

Boomtown LLC via:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

**PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN CASINO AND RESORT NEW ORLEANS**
*Through its agent for service of process:*

C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

**PLEASE HOLD SERVICE:**

**ABC INSURANCE COMPANY**

**DEF INSURANCE COMPANY**



5

EDWARD MORENO
504-500-5000



JON A. GEGENHEIMER
## JEFFERSON PARISH CLERK OF COURT
*24th Judicial District Court Civil Records Department*
P.O. BOX 10 • GRETNA LA 70054-0010 • (504) 364-3740

## CIVIL RECORDS TELEPHONE CALL LOG

### Call 1

Case No: 831-831   Div. "H"                           8-23, 2022
Deputy Clerk: s/ S. MAUTERER                          Time: 9:45 AM
Deputy Clerk Spoke To: Shawn                           of
  Mailed check out yesterday 8-22-22
Notes: $80.88 - EBR

### Call 2

Case No: _____ Div. "___"                           _____, 2022
Deputy Clerk: s/ _____                              Time: _____
Deputy Clerk Spoke To: _____                        of

Notes:

### Call 3

Case No: _____ Div. "___"                           _____, 2022
Deputy Clerk: s/ _____                              Time: _____
Deputy Clerk Spoke To: _____                        of

Notes:



09/02/2022 08:08:06 CERTIFIED TRUE COPY - Pg:6 of 7 - Jefferson Parish Clerk of Court - ID:22126274

RECEIVED VIA MAIL
FOR RECORD 08/24/2022 14:31:41
Michelle S. Bruner DY CLERK
JEFFERSON PARISH LA

**Shawn Fulks**

| | |
|---|---|
| **From:** | Shelley M. Mauterer <SMauterer@jpclerkofcourt.us> |
| **Sent:** | Monday, August 22, 2022 8:45 AM |
| **To:** | Shawn Fulks |
| **Subject:** | FW: EFile Case: 831831 |

rec'd via mail
8-24-22
MB

Emily Richardson

You don't often get email from smauterer@jpclerkofcourt.us. Learn why this is important

**From:** Shelley M. Mauterer
**Sent:** Monday, August 22, 2022 8:43 AM
**To:** 'DCATRON@REDMANNLAW.COM' <DCATRON@REDMANNLAW.COM>
**Subject:** EFile Case: 831831

Please contact the civil filing department regarding the document: 2022 08 19 Petition for Damages signed.pdf e-filed on 8/19/2022 4:13:47 PM.

THE FOLLOWING SERVICE CHECK IS NEEDED FOR THE PETITION FOR DAMAGES EFILED ON 8-19-22 CASE 831-831 DIVISION H

$80.88 PAYABLE TO EAST BATON ROUGE SHERIFF — CK# 17389

## **PLEASE CONFIRM RECEIPT OF THIS EMAIL**

THANK YOU,

**Shelley M. Mauterer**
*Deputy Clerk of Court*
*24th JDC Civil New Suits*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 2400
Gretna LA 70053
Phone: (504) 364-2967
Fax: (504) 364-3780



JON A. GEGENHEIMER

1

09/02/2022 08:08:06 CERTIFIED TRUE COPY - Pg:7 of 7 - Jefferson Parish Clerk of Court - ID:22126274